Marvel Autobody, Inc., et al. *v.* Keystone
Insurance Company
(11535)

Daly, Foti and Landau, Js.

Argued March 22—decision released April 13, 1993

901

*William A. Wechsler,* with whom, on the brief, was *Matthew T. Gilbride,* for the appellants (plaintiffs).

*Michele Herbst Morley,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.